# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 30, 2016

151439(69)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

PHILLIP JOSEPH SWIFT, a/k/a PHILLIP
JOSEPH SWIFT, JR.,
        Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

SC: 151439
COA: 318680
Wayne CC: 13-005130-FC

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before January 16, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 30, 2016



Clerk